## No. 79
## GARY CEMENT AND PAINT CO. v. STERN
Cuyahoga County Court of Appeals, No. 4095

### Dec. 18, 1922

BONUS—CORPORATION—(1) Lack of valuable consideration—(2) Entry in books—(3) Petition based on resolution—(4) Instruction to jury.

VICKERY, J.:

### Epitomized Opinion

Error to Cuyahoga County Common Pleas Court

Stern brought a common pleas suit against a corporation in which he had been a stockholder, and an officer or employee, to recover $1800. He claimed $1100 for services and $700 as a bonus for the year 1919. Later and before bringing suit, he sold his interest to others, who still own the stock in the corporation; he said nothing at the time of selling out to anyone about the Company owing him any money.

The jury was charged, "That if they found the plaintiff was entitled to the money, they should find for the plaintiff." The court of appeals reversed this judgment and held:

(1) That there is no valuable or legal consideration for a bonus or additional compensation for doing that which one is already hired, or paid for doing, it being the promise of a mere gratuity.

(2) An entry made in corporate book, by one who claims a benefit thereunder, made without the knowledge of other officers, or directors, will not estop the corporation from denying a liability shown by the entry.

(3) When a petition bases a cause of action on a resolution of a board of directors, and it is not proved, it is fatal to the action.

(4) A jury should be instructed under what circumstances the plaintiff can legally recover.

Attorneys—Thomas S. Green, for P. in E.; Thorman & Goldman, for D. in E.

## SUPREME COURT
(Continued from Page 73)

17537—Joe Sipos v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clerk, JJ., concur.

17538—Mike Bennish v. The State of Ohio; error to the Court of Appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17539—Anthony Nienaber v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17540—Katie Lorenz v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17541—George Meres v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17542—George Supensky v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17543—Val Bertram v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17544—Joe First v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17545—Mary Madasky v. The State of Ohio; error to the court of appeals of Montgomery country. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17546—Jim Marar v. The State of Ohio; error to the court of appeals of Montgomery county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17566—Clyde Harper v. The State of Ohio; error to the court of appeals of Allen county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17617—The City of Lima v. The Public Utilities Commission of Ohio et al.; error to the Public Utilities Commission. Order affirmed. Marshall, C. J., Hough, Robinson, Jones, Matthias and Clark, JJ., concur. Wanamaker, J., dissents.

## MOTION DOCKET

15963—Luther M. Nesmith v. The State Medical Board of the State of Ohio. Motion for an order directing the court of appeals of wood county to certify its record. Former entry vacated and mtoion sustained.

17789—The State, ex rel. Melvin E. Wyant, v. W. Albert Davis, as director of finance. Motion by plaintiff for the allowance of an alternative writ of mandamus. Allowed.

## SYLLABI

No. 16928—The President and Fellows of Harvard College et al. v. The State of Ohio. Error to the court of appeals of Hamilton county.

TAXATION—(1) "Estate," meaning of the word in Sec. 7, Art. XII, Ohio Const.—(2) Public institutions of Learning subject to successions tax—5332 G. C. valid—(3) Institutions outside state embraced.

JONES, J.:

1. Section 7, Article XII of the Constitution as amended in 1912, authorizes taxation and exemptions of estates received or succeded to. The word "estate" in the last clause thereof imports the same meaning as the word "estates" in the first clause of the section.

2. Neither in said section nor elsewhere in the constitution is there a legislative limitation prohibiting the exemption of "public institutions of learning" from such succession tax. Section 5332, General Code (94 O. L. 101, Sec. 1), is a valid exercise of legislative power.

3. The clause, "public institution of learning," designated in said Section 5332, General Code, embraces institutions located within or without the state.

Judgment reversed.